ACCEPTED
12-14-00109-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/10/2015 11:17:17 AM
CATHY LUSK
CLERK

## CAUSE NO. 12-14-00109-CR

| BRANDON MEDFORD | § | IN THE |
|---|---|---|
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/10/2015 11:17:17 AM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S PRO SE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's pro se brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled *State v. Brandon Medford* and numbered 114-1087-12.

3. Appellant was convicted of Indecency with a Child.

4. Appellant was assessed a sentence of eight (8) years confinement in the Texas Department of Criminal Justice - Institutional Division.

5. Notice of Appeal was given on April 22, 2014.

6. The Clerk's Record was filed on April 30, 2014; the Reporter's Record was filed on August 15, 2014.

7. The Appellant's Brief was filed on December 15, 2014; the State's Reply Brief was not filed and they waived filing one on December 17, 2014.

7. The Appellant's Pro Se Brief is due on March 11, 2015. Appellant requests the Court an extension of thirty (30) days.

8. Appellant requests an extension of time due to the following facts and circumstances. Appellant is pro se in this matter. He has been reviewing the Clerk's Record and Reporter's Record. Due to the length of the records made available by the trial court, Appellant needs additional time to prepare his pro

se brief. Appellant is not currently incarcerated and on bond in this matter. During the past month, Appellant has been ill and in the hospital. Pro Se Appellant is requesting that the Court grant him an additional thirty (30) days to prepare his brief.

9. Appellant requests an extension of time due to the above referenced facts and circumstances.

10. Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief for a period of thirty (30) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

*Brandon Medford*

Brandon Medford, Pro Se
302 Paul Street
Troup, Texas 75789

## CERTIFICATE OF SERVICE

This is to certify that on March 10, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

*Brandon Medford*

Brandon Medford